No. 1236. National Labor Relations Board v. Federal Motor Truck Co.;

No. 1237. National Labor Relations Board v. Jones & Laughlin Steel Corp. and

No. 1238. National Labor Relations Board v. E. C. Atkins & Co. June 4, 1945. *Per Curiam:* The petition for writs of certiorari is granted. The judgments are vacated and the cases are

remanded to the respective Circuit Courts of Appeals for further consideration of the alleged changed circumstances with respect to the demilitarization of the employees involved, and the effect thereof on the Board's orders. *Assistant Solicitor General Cox* and *Mr. Alvin J. Rockwell* for petitioner. *Mr. Percy J. Donovan* for respondent in No. 1236. *Messrs. William A. Seifert* and *John C. Bane, Jr.* for respondent in No. 1237. *Messrs. Roscoe Pound* and *Kurt F. Pantzer* for respondent in No. 1238. Reported below: Nos. 1236 and 1237, 146 F. 2d 718; No. 1238, 147 F. 2d 730.